IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                  Plaintiff,<br><br>vs.<br><br>JESUS M. VALTIERRA,<br><br>                  Defendant. | 4:23CB3003<br>Violation NE 13 9626337<br><br>ORDER |

Upon the Motion of the Government, violation 9626337 is dismissed.

IT IS SO ORDERED this 27th day of July, 2023.

_____
CHERYL R. ZWART
United States Magistrate Judge